## Goldstein, Rubinton, Goldstein & DiFazio P.C.
### Attorneys at Law

18 West Carver Street, Suite 3, Huntington, N.Y. 11743-3979
631 421-9051
FAX 631-421-9122*

ARTHUR GOLDSTEIN (1932-2012)
RONALD LEE GOLDSTEIN
S. RUSS DIFAZIO

OF COUNSEL
PETER D. RUBINTON

October 19, 2015

**TRANSMITTED VIA ELECTRONIC FILING**
Honorable Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York  11722-4451

      Re: Rigoberto Martinez Enriquez a/k/a Hector Manuel Canales v Original
         Landscaping of USA Ltd., Original Landscaping Maintenance Inc.,
        and Michael Cappiello
        Case No.: 2:15-cv-05245-JMA-ARL

Dear Magistrate Lindsay:

      Attached hereto is the Notice of Appearance of our firm to appear in the above captioned matter on behalf of Original Landscaping of USA Ltd., Original Landscaping Maintenance Inc., and Michael Cappiello.

      Last week we were retained to appear on behalf of the above referenced defendants.  Michael Cappiello was, according to the plaintiff's counsel, served on October 5, 2015 and the two defendant corporations were purportedly served via service on the Secretary of State on September 23, 2015.  Each of the defendant corporation's correct service of process address is on file with the Secretary of State, yet neither defendant corporation has received service of process.   In light of the preceding, I have spoken to Justin M. Reilly, Esq.; he has, on behalf of plaintiff's counsel's firm, consented to extend our clients' time to answer or otherwise move to forty-five days beyond October 23, 2015, to wit: on or before December 7, 2015. He and I intend to use this period of time to explore a resolution of this matter.

*Not for service purposes without prior written consent.

*Goldstein, Rubinton, Goldstein & DiFazio P.C.*

Honorable Arlene R. Lindsay
October 19, 2015
Page -2-

   Therefore, pursuant to Your Honor's individual practice rules, I respectfully request that the defendants be granted the right to answer or otherwise move until and through December 7, 2015.

Very truly yours,

RONALD LEE GOLDSTEIN

RLG:cf
Enclosure
cc: (via electronic filing and
 e-mail to:justin@nhglaw.com)
 Justin M. Riley, Esq.
 Neil H. Greenberg & Assoc., P.C.
 Attorneys for plaintiff
 900 Merchants Concourse, Ste. 314
 Westbury, New York  11590

So Ordered:

_____